# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1520
Lower Tribunal No. 2017-CA-001261

_____

URSULA ANN LANGLEY,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Indenture Trustee for NEW CENTURY HOME EQUITY LOAN TRUST 2004-1,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
James F. Stewart, Judge.

May 29, 2026

NARDELLA, J.

Ursula Ann Langley ("Appellant") appeals the trial court's order denying her motion to set aside the foreclosure sale. She contends the sale should be set aside because the trial court failed to hold an evidentiary hearing on her emergency motion to stay the foreclosure sale pending her appeal of the foreclosure judgment. This issue was rendered moot by the Court's affirmance of the foreclosure judgment.

*Langley v. Deutsche Bank Nat'l Tr. Co., as indenture Tr. for New Century Home Equity Loan Tr. 2004-1*, 418 So. 3d 324 (Fla. 6th DCA 2025); *see Godwin v. State*, 593 So. 2d 211, 212 (Fla. 1992) ("An issue is moot when the controversy has been so fully resolved that a judicial determination can have no actual effect."). Further, we do not find, as the Appellant argues, that the issue raised is one of great public importance and, thus, capable of review despite its mootness. Therefore, the appeal is dismissed as moot. *Godwin*, 593 So. 2d at 212 ("A moot case generally will be dismissed.").

DISMISSED.

SMITH and BROWNLEE, JJ., concur.


James R. Ackley, of Law Offices of James R. Ackley, P.A., West Palm Beach, for Appellant.

Eric M. Levine and Adam G. Schwartz, of Atlas│Solomon, LLP, Stuart, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED